UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Wilton Jackson                                                  Case No. 18-43648-tjt
Louella Jackson                                                 Chapter 13
                                                                Hon. Thomas J. Tucker

     Debtors.
_____/

**ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM OF
UNITED CONSUMER FINACIAL SERVICES**

     This matter having come on for hearing before the Court by way of the objection of the Debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, a hearing having been held, the Court having heard the matter in open Court and for the reason stated on the record;

     NOW THEREFORE, IT IS HEREBY ORDERED THAT:

     The objection to the Proof of Claim filed by the above-referenced Creditor is hereby granted.  To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

     IT IS FURTHER ORDERED as follows: *[Only provisions checked below apply]*

[X] Deny the portion of the claim filed as a Secured Creditor
[X] Allow the claim as a Class 9 unsecured creditor only

**Signed on August 21, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge